UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

-against-

GOFORWARD, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/20/2020

20-cv-2384 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on March 18, 2020 [ECF #1]. To date, however, Plaintiff has not filed proof of service of the summons and complaint. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, IT IS HEREBY ORDERED that, by November 4, 2020, Plaintiff shall serve the summons and complaint on Defendant and shall file proof of such service on ECF. Failure to comply might result in dismissal with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute this action.

**SO ORDERED.**

**Date:  October 20, 2020**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**